AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

The United States of America
*Plaintiff*
v.
Ariana Foley
*Defendant*

Case No. 25-cr-10400-PBS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America .

Date: 01/12/2026

*Attorney's signature*

Meghan C. Cleary, NYSBA# 5526942
*Printed name and bar number*

U.S. Attorney's Office
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

meghan.cleary@usdoj.gov
*E-mail address*

(617) 748-3136
*Telephone number*

*FAX number*